IN AUGUST TERM, 1829.

---

## THE PEOPLE *vs.* TEN EYCK, sheriff of Albany.

ON the fourth day of term a motion was made by *L. H. Palmer*, of counsel, that the sheriff be discharged from his recognizance, given by him for his appearance at court on being served with an attachment.

*J. A. Collier*, as *amicus curiæ*, suggested that the party suing out an attachment has the whole of the first four days in term within which to file interrogatories, and inquired whether the discharge could be granted until after the four days have expired.

*By the Court.* For this purpose the four days have expired. Unless the interrogatories are now filed, when the party is thus demanded, a person attending on recognizance in a case like this, is entitled to his discharge.

Mr. *Palmer* asked for costs.

*By the Court.* Costs follow of course.

A person attending on recognizance entered into, on being served with an attachment, is entitled to his discharge on the *quarto die post*, if interrogatories are not filed.